IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-10-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| RAS JAH MIKES MATTA, | |
| Defendant. | |

For the reasons stated on the record, RAS JAH MIKES MATTA is hereby

released from the custody of the U.S. Marshals Service.

DATED this _18_ day of October, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1