IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAS JAH MIKES MATTA,<br><br>Defendant. | CR 10-10-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, Ras Jah Mikes Matta is hereby released from the custody of the U.S. Marshals Service.

IT IS FURTHER ORDERED Pursuant to the revocation proceedings held in open court on Friday, December 1, 2017, the Court will conduct a Formal Dispositional Hearing on **Wednesday, February 21, 2018 at 1:30 p.m.** in the Snowy Mountains Courtroom at the James F. Battin U.S. Courthouse, Billings, Montana.

DATED this 1st day of December, 2017.

SUSAN P. WATTERS
United States District Judge

1