IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAS JAH MIKES MATTA,<br><br>Defendant. | CR 10-10-BLG-SPW<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the Dispositional Hearing set for Wednesday, February 21, 2018 at 1:30 p.m. is **VACATED**.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 28th day of December, 2017.

SUSAN P. WATTERS
United States District Judge

1