IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>RAS JAH MIKES MATTA,<br><br>Defendant/Movant. | Cause No. CR 10-10-BLG-SPW<br>CV 21-75-BLG-SPW<br><br>ORDER DISMISSING § 2255 MOTION AND DENYING CERTIFICATE OF APPEALABILITY |

On June 28, 2021, Defendant/Movant Matta filed a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. Matta is currently a state prisoner and federal pretrial detainee. He is proceeding pro se.

Matta has fully discharged both his prison term and his term of supervised release in this case. *See, e.g.*, Judgment on Revocation (Doc. 82). To proceed under 28 U.S.C. § 2255, Matta must be "in custody under sentence of" a federal court. 28 U.S.C. § 2255(a). Matta is no longer in custody under the sentence imposed in this case. "[O]nce the sentence imposed for a conviction has completely expired, the collateral consequences of that conviction are not themselves sufficient to render an individual 'in custody' for the purposes of a habeas attack upon it." *Maleng v. Cook*, 490 U.S. 488, 492 (1989).

This law is not only well-settled but was reiterated by the Supreme Court

1

last April. *See Alaska v. Wright*, __ U.S. __, 141 S. Ct. 1467, 1468 (2021) (per curiam). A certificate of appealability is not warranted. *See Gonzalez v. Thaler*, 565 U.S. 134, 140–41 (2012) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Accordingly, IT IS ORDERED:

1. Matta's motion under 28 U.S.C. § 2255 motion (Doc. 84) is DISMISSED for lack of jurisdiction.

2. A certificate of appealability is DENIED. The clerk shall immediately process the appeal if Matta files a Notice of Appeal.

3. The clerk shall ensure that all pending motions in this case and in CV 21-75-BLG-SPW are terminated and shall close the civil file by entering a judgment of dismissal.

DATED this 20th day of July, 2021.

/s/ Susan P. Watters
Susan P. Watters
United States District Court